UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVICEDA THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRIAL RUNNERS, LLC, <br><br> Defendant | Civ. A. No. 1:23-cv-12468-IT |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

The defendant, Trial Runners, LLC, moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to July 10, 2024, to file a supplemental disclosure statement under Rule 7.1. In support of this motion, the defendant states that counsel is in the process of obtaining additional information from the defendant concerning the citizenship of the defendants' members and that counsel is out of the country until July 7, 2024.

Counsel for the plaintiff has stated that the plaintiff takes no position on the motion but does not oppose it.

Respectfully submitted,

TRIAL RUNNERS, LLC

By its attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, MA 02109
(617) 330-7135
tfolkman@rubinrudman.com

Dated:  June 28, 2024

CERTIFICATE OF COMPLIANCE

      I certify that I conferred with counsel for the plaintiff concerning this motion, and that counsel stated that the plaintiff did not take a position on the motion but that the motion may be filed as unopposed.

                                                          */s/ Theodore J. Folkman*