UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVICEDA THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>TRIAL RUNNERS, LLC,<br><br>    Defendant | Civ. A. No. 1:23-cv-12468-IT |

## **DEFENDANT'S AMENDED DISCLOSURE STATEMENT**

The defendant, Trial Runners, LLC, states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

The members of Trial Runners LLC are Patrick Healy and Jill Healy, both of whom are citizens of North Dakota.

    Respectfully submitted,

    TRIAL RUNNERS, LLC

    By its attorney:

    */s/ Theodore J. Folkman*

    Theodore J. Folkman (BBO No. 647642)
    RUBIN AND RUDMAN LLP
    53 State St.
    Boston, Mass. 02109
    (617) 330-7135
    tfolkman@rubinrudman.com

Dated: July 8, 2024