## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVICEDA THERAPEUTICS, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRIAL RUNNERS, LLC,<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:23-cv-12468-IT |

## **JOINT STIPULATION REQUESTING STAY PENDING SETTLEMENT**

Plaintiff Aviceda Therapeutics, Inc. and Defendant Trial Runners, LLC submit this Joint Stipulation Requesting Stay Pending Settlement. In support thereof, the parties state as follows:

The parties have reached a settlement in principle and are now in the process of drafting the necessary settlement documents. Therefore, the parties respectfully request that all matter deadlines be stayed for forty-five (45) days while the parties continue to draft and finalize the necessary settlement documents and obtain any necessary approvals and/or authorizations in connection with the settlement.

[*Remainder of page intentionally left blank.*]

Dated:  November 6, 2024                                        Respectfully submitted,

| | |
|---|---|
| */s/ Thomas H. Wintner* | */s/ Theodore J. Folkman* |
| Thomas H. Wintner (BBO No. 667329) | Theodore J. Folkman (BBO No. 647642) |
| Matthew D. Levitt (BBO No. 660554) | |
| Catherine S. Lombardo (BBO No. 693414) | RUBIN AND RUDMAN LLP |
| | 53 State St. |
| MINTZ, LEVIN, COHN, FERRIS, | Boston, MA 02109 |
|   GLOVSKY AND POPEO P.C. | Telephone: (617) 330-7135 |
| One Financial Center | tfolkman@rubinrudman.com |
| Boston, MA  02111 | |
| Telephone: (617) 542-6000 | *Counsel for Defendant Trial Runners, LLC* |
| Facsimile: (617) 542-2241 | |
| TWintner@mintz.com | |
| MDLevitt@mintz.com | |
| CSLombardo@mintz.com | |

*Counsel for Plaintiff Aviceda Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all counsel who are registered CM/ECF users.

                                                                */s/ Thomas H. Wintner*
                                                                Thomas H. Wintner (BBO No. 667329)

2